IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**AARON HALL,**

**Defendant.**                                              **No. 90-CR-30089-DRH**

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Hall's motion for reconsideration pursuant to Rule 59(e) (Doc. 338). Specifically, Hall moves the Court to reconsider its ruling denying petitioner's motion for modification of sentence under 18 U.S.C. § 3582(c)(2). Said motion is **DENIED**.

**IT IS SO ORDERED.**

Signed this 2nd day of July, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**